UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICA R.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 20-635 (JEB/GMH) |

### ORDER

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge G. Michael Harvey on August 31, 2021.  See ECF No. 27 (MJ R&R).  The 14-day period during which the parties may object to the Report and Recommendation has expired, see Local Civil Rule 72.3(b), and neither party has filed objections.

Plaintiff Erica R. brought this action seeking to reverse the final decision of the Acting Commissioner of Social Security denying her application for Supplemental Security Income benefits and Disability Insurance Benefits.  See ECF No. 1.  She alleged that the decision of the Administrative Law Judge was not supported by substantial evidence and failed to comport with pertinent legal standards.  See ECF No. 20 (Motion for Reversal).  Magistrate Judge Harvey, in a thoughtful 25-page opinion, determined that the ALJ had properly evaluated the available record evidence and correctly applied the law, and he thus recommended that this Court affirm the ruling.  See MJ R&R at 25.

1

After consideration of the Report and Recommendation, the absence of any party's objection thereto, the entire record before the Court, and the applicable law, the Court ORDERS that:

1. The Report and Recommendation is hereby ADOPTED;

2. Plaintiff's [20] Motion for Reversal is DENIED;

3. Defendant's [21] Motion for Judgment of Affirmance is GRANTED; and

4. Judgment is ENTERED in favor of the Commissioner.

                                                  /s/ *James E. Boasberg*
                                                  JAMES E. BOASBERG
                                                  United States District Judge

Date: September 20, 2021